Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

*Attorneys for Plaintiff*

Patrick J. Kearns (SBN _____)
Patrick.Kearns@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER**
401 West A Street, Ste. 1900
San Diego, CA 92101
P: 619-321-6200

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BARNO, | Case No: 20-cv-780-WQH-BLM |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| AMERICAN AIRLINES, ET AL., | |
| Defendants. | |

Joint Motion to Dismiss Action

In accordance with Federal Rule of Civil Procedure 41, Plaintiff ASHLEY BARNO and Defendant AMERICAN AIRLINES file this Joint Motion to Dismiss this entire action WITH prejudice. Each party shall bear their own attorney's fees and costs.

Date:  September 21, 2020

**Swigart Law Group, APC**

By: s/ Joshua B. Swigart
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
*Attorney for Plaintiff*

Date:  September 21, 2020

**WILSON ELSER**

By: s/ Patrick J. Kearns_____
Patrick J. Kearns, Esq.
Patrick.Kearns@wilsonelser.com
*Attorney for Defendant*

Joint Motion to Dismiss Action